**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 20-10037 |
| | 20-10038 |
| Plaintiff-Appellee, | |
| | D.C. Nos. |
| v. | 4:19-cr-50149-JAS-BGM-1 |
| | 4:19-cr-01926-JAS-BGM-1 |
| EDGAR RAMIREZ-MARTINEZ, | |
| | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
James A. Soto, District Judge, Presiding

Submitted August 5, 2020[**]

Before:      SCHROEDER, HAWKINS, and LEE, Circuit Judges.

In these consolidated appeals, Edgar Ramirez-Martinez appeals from his

guilty-plea conviction and 54-month sentence for reentry of a removed alien, in

violation of 8 U.S.C. § 1326, and the revocation of supervised release and partially

concurrent 12-month sentence imposed upon revocation.  Pursuant to *Anders v.*

---

          [*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

          [**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Ramirez-Martinez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Ramirez-Martinez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief in these direct appeals.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**